v. TX Hlth and Human Svc